**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

SHAWNEE HUIE,

      Plaintiff,

    v.

TRANS UNION, et al.,

      Defendants.

Civil Action No. 0:26-cv-01603-JWB-DLM

## NOTICE OF SETTLEMENT

The undersigned counsel for defendant Equifax Information Services LLC hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against **EQUIFAX INFORMATION SERVICES LLC** ("Equifax") in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the Plaintiff shall file a Notice of Dismissal with prejudice. It is respectfully requested that the matter against Equifax be stayed for sixty (60) days to allow the parties to fully execute the settlement. Plaintiff has approved this Notice of Settlement and authorized her electronic signature.

Dated: May 1, 2026

By: */s/ Jeremy J. Thompson*
Jeremy J. Thompson (MN #0402173)
520o Willson Road, Suite 150
Edina, MN 55424
Telephone:  952-952-1883
jeremy@jthompson.law
*Attorney for Defendant Equifax Information Services LLC*


Dated: May 1, 2026

By: */s/ Shawnee Huie*
Plaintiff Pro Se


## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026, I presented the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and Pro Se Plaintiff.


Shawnee Huie
6417 Penn Ave S
Ste 7-144
Minneapolis, MN 55423
shawnee@luckyeliza.com
*Plaintifff Pro Se*