UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHAWNEE HUIE,

Plaintiff,

v.

TRANS UNION, et al.,

Defendants.

Case No. 026-cv-01603-JWB-DLM

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jeremy J. Thompson, with offices located at 5200 Willson Road, Suite 150, Edina, Minnesota 55424, hereby enters an appearance for Defendant Equifax Information Services LLC.  I hereby certify that I am admitted to practice before this Court.

All pleadings, papers, and documents required to be served in this action should also be served on Jeremy J. Thompson, jeremy@jthompson.law, in addition to those attorneys already on record with the Court.

322219395v.1

-2-

DATED:  May 1, 2026

Respectfully submitted,

THE LAW OFFICE OF
  JEREMY J. THOMPSON PLLC


By: /s/ Jeremy J. Thompson
    Jeremy J. Thompson
    Atty ID No. 0402173
    The Law Office of
      Jeremy J. Thompson PLLC
    5200 Willson Road, Suite 150
    Edina, Minnesota 55424
    Telephone:  (952) 952-1883
    Facsimile:  (952) 952-1884
    Email:  jeremy@jthompson.law

*Counsel for Defendant*
*Equifax Information Services LLC*

-2-

322219395v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2026, I presented the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jeremy J. Thompson
Jeremy J. Thompson
*Counsel for Defendant*
*Equifax Information Services LLC*

322219395v.1