## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Shawnee Huie,<br><br>Plaintiff,<br><br>v.<br><br>Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC, JPMorgan Chase Bank, N.A., Midland Credit Management, Inc., Wells Fargo Bank N.A., U.S. Bank N.A., Discover Financial Services, and Capital One Inc.,<br><br>Defendants. | Court File No. 26-cv-1603-JWB/DLM<br><br><br>**DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DAMAGES FOR FAILURE TO STATE A CLAIM** |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant U.S. Bank National Association ("U.S. Bank") submits this motion to dismiss the *Complaint for Damages and Jury Demand* (the "Complaint") (ECF 1) filed against U.S. Bank and other defendants by *pro se* Plaintiff Shawnee Huie ("Plaintiff" or "Huie"). In support of this motion, U.S. Bank submits its supporting memorandum of law, which sets forth argument and citations to authority in support of this motion to dismiss.

Dated: May 8, 2026

Respectfully submitted,

*/s/Thomas J. Cunningham*
Thomas J. Cunningham
*(Admitted Pro Hac Vice)*
TROUTMAN PEPPER LOCKE, LLP
777 South Flagler Drive
Suite 215, East Tower
West Palm Beach, FL 33401
Telephone: (404) 870-4673
Email: thomas.cunningham@troutman.com

1

200393752v1

/s/Steven J. Flynn
Steven J. Flynn (GA Bar No. 313040)
*(Admitted Pro Hac Vice)*
TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street NE, Ste. 3000
Atlanta, GA 30308
Telephone: (404) 885-3000
Email: steven.flynn@troutman.com

/s/*Erik W. Allerson*
Erik W. Allerson (0403476)
TAFT STETTINIUS AND HOLLISTER LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2210
Telephone: (612) 977-8670
Email: eallerson@taftlaw.com

*Attorneys for Defendant*
*U.S. Bank National Association*

200393752v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 8, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that on May 8, 2026, I caused a true and correct copy of the foregoing document to be served on the below party via United States Mail, postage prepaid, addressed as follows:

> Shawnee Huie
> 6417 Penn. Ave. S
> Suite 7-144
> Minneapolis, Minnesota 55423
> *Pro Se Plaintiff*

> */s/Erik W. Allerson*
> Erik W. Allerson

200393752v1