| | |
|---|---|
| Shawnee Huie,<br><br>      Plaintiff,<br><br>    v.<br><br>Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC, JPMorgan Chase Bank, N.A., Midland Credit Management, Inc., Wells Fargo Bank N.A., U.S. Bank N.A., Discover Financial Services, and Capital One Inc.,<br><br>      Defendants. | Court File No. 26-cv-1603-JWB/DLM<br><br>**RULE 7.1(F) WORD COUNT COMPLIANCE CERTIFICATE** |

I, Erik Allerson, certify that the Memorandum in Support of Defendant U.S. Bank National Association's Motion to Dismiss the *Complaint for Damages and Jury Demand* (the "Complaint") (ECF 1) filed against U.S. Bank and other defendants by *pro se* Plaintiff Shawnee Huie ("Plaintiff" or "Huie") complies with Local Rule 7.1(f).

I further certify that, in preparation of this pleading, I used Microsoft® Word for Microsoft 365 MSO (Version 2508 Build 16.0.19127.20622) 64-bit, and that this word processing program has been applied specifically to include all text in Time New Roman 13-point font, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains **2,038** words.

200393993v1

Dated: May 8, 2026

/s/ *Erik W. Allerson*
Erik W. Allerson (0403476)
TAFT STETTINIUS AND HOLLISTER LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2210
Telephone: (612) 977-8670
Email: eallerson@taftlaw.com

*Attorneys for Defendant*
*U.S. Bank National Association*

2

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 8, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that on May 8, 2026, I caused a true and correct copy of the foregoing document to be served on the below party via United States Mail, postage prepaid, addressed as follows:

> Shawnee Huie
> 6417 Penn. Ave. S
> Suite 7-144
> Minneapolis, Minnesota 55423
> *Pro Se Plaintiff*

> */s/Erik W. Allerson*
> Erik W. Allerson

200393993v1