| | |
|---|---|
| Shawnee Huie, | Court File No. 26-cv-1603-JWB/DLM |
| Plaintiff, | |
| v. | |
| Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC, JPMorgan Chase Bank, N.A., Midland Credit Management, Inc., Wells Fargo Bank N.A., U.S. Bank N.A., Discover Financial Services, and Capital One Inc., | **DECLARATION OF ERIK W. ALLERSON IN SUPPORT OF DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S MOTION TO DISMISS** |
| Defendants. | |

I, Erik W. Allerson, being duly sworn, hereby declare the following:

1.      I am an attorney with the law firm of Taft Stettinius & Hollister LLP.  I am licensed to practice law in the State of Minnesota.  I am one of the attorneys representing Defendant U.S. Bank N.A. ("U.S. Bank") in this action.  I make this Declaration in connection with U.S. Bank's Motion to Dismiss.  This Declaration is based on my own personal knowledge or my review of relevant files.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a U.S. Bank Equiline Agreement executed by Shawnee Huie on or about September 15, 2016.

3.      Attached hereto as **Exhibit B** is a true and correct copy of a Mortgage executed by Shawnee Huie, as recorded in Hennepin County on October 6, 2016 as Document No. A10366067.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8, 2026 in Hennepin County, Minnesota.

*/s/ Erik W. Allerson*
Erik W. Allerson

200394317v1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 8, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that on May 8, 2026, I caused a true and correct copy of the foregoing document to be served on the below party via United States Mail, postage prepaid, addressed as follows:

> Shawnee Huie
> 6417 Penn. Ave. S
> Suite 7-144
> Minneapolis, Minnesota 55423
> *Pro Se Plaintiff*

> */s/Erik W. Allerson*
> Erik W. Allerson

200394317v1