| | |
|---|---|
| Shawnee Huie,<br><br>Plaintiff,<br><br>v.<br><br>Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC, JPMorgan Chase Bank, N.A., Midland Credit Management, Inc., Wells Fargo Bank N.A., U.S. Bank N.A., Discover Financial Services, and Capital One Inc.,<br><br>Defendants. | Court File No. 26-cv-1603-JWB/DLM<br><br><br>**MEET AND CONFER STATEMENT IN SUPPORT OF DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

I, Erik Allerson, representing Defendant U.S. Bank National Association ("U.S. Bank") hereby certify that I, along with U.S. Bank co-counsel Steven J. Flynn, met and conferred via Zoom conference with *pro se* Plaintiff Shawnee Huie on **May 6, 2026**, to address U.S. Bank's Motion to Dismiss the *Complaint for Damages and Jury Demand* (the "Complaint") (ECF 1).

As a result of the meet-and-confer, the parties do not agree on the resolution of any part of the motion.

1

Dated:  May 8, 2026

/s/*Erik W. Allerson*
Erik W. Allerson (0403476)
TAFT STETTINIUS AND HOLLISTER LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2210
Telephone: (612) 977-8670
Email: eallerson@taftlaw.com

*Attorneys for Defendant*
*U.S. Bank National Association*

200394540v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 8, 2026, I caused the foregoing document to be filed

with the Clerk of Court using the CM/ECF system, which will send notice of electronic

filing to all counsel of record. I further certify that on May 8, 2026, I caused a true and

correct copy of the foregoing document to be served on the below party via United States

Mail, postage prepaid, addressed as follows:

> Shawnee Huie
> 6417 Penn. Ave. S
> Suite 7-144
> Minneapolis, Minnesota 55423
> *Pro Se Plaintiff*

> */s/Erik W. Allerson*
> Erik W. Allerson

3