## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Shawnee Huie,

      Plaintiff,

v.

Trans Union LLC, Experian Information
Solutions Inc., Equifax Information Services
LLC, JPMorgan Chase Bank, N.A., Midland
Credit Management Inc., Wells Fargo Bank,
N.A., Discover Financial Services, and
Capital One Inc.,

      Defendants.

Case No. 26-CV-1603 (JWB-DLM)

**DEFENDANT WELLS FARGO,
N.A.'S ANSWER TO COMPLAINT**

Wells Fargo Bank, N.A. ("Wells Fargo") hereby files its Answer and Affirmative Defenses to the Complaint ("Complaint") filed by Plaintiff Shawnee Huie ("Plaintiff"), and states as follows:

### INTRODUCTION

1.    Paragraph 1 contains Plaintiff's characterization of the nature of this action and does not require a response from Wells Fargo. To the extent a response is required, Wells Fargo denies that it engaged in any wrongful conduct that would entitle Plaintiff to the relief sought in the Complaint.

2.    The allegations in Paragraph 2 of the Complaint refer to documents which speak for themselves, to which no response is required. To the extent the allegations vary from the documents to which they refer, they are denied.

3.      In response to the allegations in Paragraph 3, Wells Fargo denies it reported materially inaccurate or misleading information regarding Plaintiff's Wells Fargo account at issue in this litigation.  The remaining allegations in Paragraph 3 are not directed at Wells Fargo and therefore do not require a response.  To the extent a response is required, Wells Fargo denies the same.

4.      In response to the allegations in Paragraph 4, Wells Fargo denies it caused Plaintiff any injuries or damages.  The remaining allegations in Paragraph 4 are not directed at Wells Fargo and therefore do not require a response.  To the extent a response is required, Wells Fargo denies the same.

5.      The allegations in Paragraph 5 are a characterization of the relief sought in this action and are not subject to denial or admission.  To the extent a response is required, Wells Fargo denies that it engaged in any wrongful conduct that would entitle Plaintiff to the relief sought in the Complaint.

## JURISDICTION AND VENUE

6.      The allegations in Paragraph 6 contain statements or conclusions of law to which no response is required.  Wells Fargo denies the allegations to the extent they are contrary to the law.

7.      The allegations in Paragraph 7 contain statements or conclusions of law to which no response is required.  Wells Fargo denies the allegations to the extent they are contrary to the law.

**PARTIES**

8.     The allegations in Paragraph 8 contain statements or conclusions of law to which no response is required.  Wells Fargo denies the allegations to the extent they are contrary to the law.

9.     The allegations in Paragraph 9 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

10.     The allegations in Paragraph 10 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

11.     The allegations in Paragraph 11 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

12.     The allegations in Paragraph 12 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

13.     The allegations in Paragraph 13 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

14.     The allegations in Paragraph 14 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

15.     The allegations in Paragraph 15 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

16.     The allegations in Paragraph 16 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

17.     The allegations in Paragraph 17 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

18.     The allegations in Paragraph 18 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

19.     The allegations in Paragraph 19 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

20.     The allegations in Paragraph 20 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

21.     The allegations in Paragraph 21 contain statements or conclusions of law to which no response is required.  Wells Fargo denies the allegations to the extent they are contrary to the law.

4

22.    The allegations in Paragraph 22 contain statements or conclusions of law to which no response is required.  Wells Fargo denies the allegations to the extent they are contrary to the law.

23.    Wells Fargo admits the allegations in Paragraph 23 of the Complaint.

24.    The allegations in Paragraph 24 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

25.    The allegations in Paragraph 25 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

26.    The allegations in Paragraph 26 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

27.    The allegations in Paragraph 27 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

28.    The allegations in Paragraph 28 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

29.    The allegations in Paragraph 29 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

30.     The allegations in Paragraph 30 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

31.     The allegations in Paragraph 31 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

32.     The allegations in Paragraph 32 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

33.     The allegations in Paragraph 33 of the Complaint refer to documents which speak for themselves, to which no response is required. To the extent the allegations vary from the documents to which they refer, they are denied.

34.     The allegations in Paragraph 34 of the Complaint pertain to entities other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

**FACTUAL ALLEGATIONS**

35.     Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

36.     The allegations in Paragraph 36 of the Complaint refer to documents which speak for themselves, to which no response is required. To the extent the allegations vary from the documents to which they refer, they are denied.

37. The allegations in Paragraph 37 contain statements or conclusions of law to which no response is required. Wells Fargo denies the allegations to the extent they are contrary to the law.

38. The allegations in Paragraph 38 contain statements or conclusions of law to which no response is required. Wells Fargo denies the allegations to the extent they are contrary to the law.

39. The allegations in Paragraph 39 contain statements or conclusions of law to which no response is required. Wells Fargo denies the allegations to the extent they are contrary to the law.

40. The allegations in Paragraph 40 contain statements or conclusions of law to which no response is required. Wells Fargo denies the allegations to the extent they are contrary to the law.

41. Wells Fargo is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 41 of the Complaint and, therefore, denies the same.

42. The allegations in Paragraph 42 of the Complaint refer to documents which speak for themselves, to which no response is required. To the extent the allegations vary from the documents to which they refer, they are denied.

43. The allegations in Paragraph 43 of the Complaint refer to documents which speak for themselves, to which no response is required. To the extent the allegations vary from the documents to which they refer, they are denied. By way of further response, Wells

Fargo denies it reported inaccurate or misleading information regarding Plaintiff's Wells Fargo account at issue in this litigation.

44.     Wells Fargo denies it caused Plaintiff any harm.

**PLAINTIFF'S JUNE 5, 2025 DISPUTES AND CERTIFIED MAIL NOTICE**

45.     Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

46.     The allegations in Paragraph 46 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

47.     The allegations in Paragraph 47 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

48.     The allegations in Paragraph 48 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

49.     The allegations in Paragraph 49 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

50.     The allegations in Paragraph 50 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

51.     The allegations in Paragraph 51 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

52.     The allegations in Paragraph 52 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

53.     The allegations in Paragraph 53 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

54.     The allegations in Paragraph 54 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

55.     The allegations in Paragraph 55 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

56.     The allegations in Paragraph 56 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

57.     The allegations in Paragraph 57 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

58. Wells Fargo is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 58 of the Complaint and, therefore, denies the same.

## CRA REINVESTIGATION RESULTS (EQUIFAX AND TRANSUNION) AND TRANSMISSION TO FURNISHERS

59. Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

### A. Equifax Reinvestigation (U.S. Bank)

60. The allegations in Paragraph 60 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

61. The allegations in Paragraph 61 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

62. The allegations in Paragraph 62 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

63. The allegations in Paragraph 63 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

64.     The allegations in Paragraph 64 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

65.     The allegations in Paragraph 65 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

66.     The allegations in Paragraph 66 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

67.     The allegations in Paragraph 67 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

**B.     TransUnion Reinvestigation (Multiple Furnishers)**

68.     The allegations in Paragraph 68 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

69.     The allegations in Paragraph 69 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

70.     The allegations in Paragraph 70 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

71.     The allegations in Paragraph 71 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

72.     The allegations in Paragraph 72 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

73.     The allegations in Paragraph 73 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

74.     The allegations in Paragraph 74 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

75.     The allegations in Paragraph 75 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

76.     The allegations in Paragraph 76 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

77.     The allegations in Paragraph 77 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

78.     The allegations in Paragraph 78 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

79.     The allegations in Paragraph 79 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

80.     The allegations in Paragraph 80 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

**C.     Experian Reinvestigation (Pled on Information and Belief)**

81.     The allegations in Paragraph 81 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

82.     Wells Fargo is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 82 of the Complaint and, therefore, denies the same.

83.     Wells Fargo is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 83 of the Complaint and, therefore, denies the same.

84.     The allegations in Paragraph 84 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

85.     The allegations in Paragraph 85 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

## ADVERSE ACTIONS AND DAMAGES

86.     Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

87.     The allegations in Paragraph 87 of the Complaint refer to documents which speak for themselves, to which no response is required.  To the extent the allegations vary from the documents to which they refer, they are denied.

88.     Wells Fargo is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 88 of the Complaint and, therefore, denies the same.

89.     Wells Fargo is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 89 of the Complaint and, therefore, denies the same.  By way of further response, Wells Fargo denies its reporting of Plaintiff's Wells Fargo account at issue in this litigation caused Plaintiff any damages whatsoever.

90.     Wells Fargo is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 90 of the Complaint and, therefore, denies the same. By way of further response, Wells Fargo denies its reporting of Plaintiff's Wells Fargo account at issue in this litigation caused Plaintiff any damages whatsoever.

91.     Wells Fargo is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 91 of the Complaint and, therefore, denies

the same. By way of further response, Wells Fargo denies its reporting of Plaintiff's Wells Fargo account at issue in this litigation caused Plaintiff any damages whatsoever.

92.     Wells Fargo is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 92 of the Complaint and, therefore, denies the same. By way of further response, Wells Fargo denies its reporting of Plaintiff's Wells Fargo account at issue in this litigation caused Plaintiff any damages whatsoever.

93.     Wells Fargo is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 93 of the Complaint and, therefore, denies the same. By way of further response, Wells Fargo denies its reporting of Plaintiff's Wells Fargo account at issue in this litigation caused Plaintiff any damages whatsoever.

94.     Wells Fargo is without sufficient knowledge or information to form a belief about the truth of the allegations in Paragraph 94 of the Complaint and, therefore, denies the same. By way of further response, Wells Fargo denies its reporting of Plaintiff's Wells Fargo account at issue in this litigation caused Plaintiff any damages whatsoever.

95.     Wells Fargo denies the allegations in Paragraph 95 of the Complaint.

96.     Wells Fargo denies the allegations in Paragraph 96 of the Complaint.

## CLAIMS FOR RELIEF

## COUNT I – TRANS UNION LLC

## Violation of 15 U.S.C. § 1681e(b) (Failure to Follow Reasonable Procedures)

97.     Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

15

98.     The allegations in Paragraph 98 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

99.     The allegations in Paragraph 99 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

100.     The allegations in Paragraph 100 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

101.     The allegations in Paragraph 101 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

102.     The allegations in Paragraph 102 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

103.     The allegations in Paragraph 103 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

104.     The allegations in Paragraph 104 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

## COUNT II – TRANS UNION LLC

**Violation of 15 U.S.C. § 1681i(a) (Failure to Conduct Reasonable Reinvestigation)**

105. Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

106. The allegations in Paragraph 106 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

107. The allegations in Paragraph 107 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

108. The allegations in Paragraph 108 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

109. The allegations in Paragraph 109 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

110. The allegations in Paragraph 110 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

111. The allegations in Paragraph 111 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

112.    The allegations in Paragraph 112 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

## COUNT III – Equifax Information Services LLC

## Violation of 15 U.S.C. § 1681e(b)

113.    Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

114.    The allegations in Paragraph 114 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

115.    The allegations in Paragraph 115 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

116.    The allegations in Paragraph 116 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

117.    The allegations in Paragraph 117 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

118.    The allegations in Paragraph 118 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

119. The allegations in Paragraph 119 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

120. The allegations in Paragraph 120 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

## COUNT IV – EQUIFAX INFORMATION SERVICES, LLC
## Violation of 15 U.S.C. § 1681i(a)

121. Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

122. The allegations in Paragraph 122 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

123. The allegations in Paragraph 123 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

124. The allegations in Paragraph 124 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

125. The allegations in Paragraph 125 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

19

126. The allegations in Paragraph 126 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

127. The allegations in Paragraph 127 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

128. The allegations in Paragraph 128 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

129. The allegations in Paragraph 129 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

130. The allegations in Paragraph 130 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

## COUNT V – EXPERIAN INFORMATION SOLUTIONS, INC.
### Violation of 15 U.S.C. § 1681e(b)

131. Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

132. The allegations in Paragraph 132 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

133.   The allegations in Paragraph 133 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

134.   The allegations in Paragraph 134 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

135.   The allegations in Paragraph 135 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

136.   The allegations in Paragraph 136 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

137.   The allegations in Paragraph 137 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

138.   The allegations in Paragraph 138 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

## COUNT VI – EXPERIAN INFORMATION SOLUTIONS, INC.

### Violation of 15 U.S.C. § 1681i(a)

139.   Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

21

140.    The allegations in Paragraph 140 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

141.    The allegations in Paragraph 141 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

142.    The allegations in Paragraph 142 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

143.    The allegations in Paragraph 143 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

144.    The allegations in Paragraph 144 of the Complaint pertain to an entity other than Wells Fargo.  Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

## FURNISHER COUNTS (SEPARATE PER DEFENDANT)

## COUNT VII – U.S. BANK N.A.

### Violation of 15 U.S.C. § 1681s-2(b)

145.    Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

22

146. The allegations in Paragraph 146 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

147. The allegations in Paragraph 147 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

148. The allegations in Paragraph 148 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

149. The allegations in Paragraph 149 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

150. The allegations in Paragraph 150 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

151. The allegations in Paragraph 151 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

152. The allegations in Paragraph 152 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

153. The allegations in Paragraph 153 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

154. The allegations in Paragraph 154 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

155. The allegations in Paragraph 155 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

156. The allegations in Paragraph 156 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

## COUNT VIII – CAPITAL ONE, INC.
### Violation of 15 U.S.C. § 1681s-2(b)

157. Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

158. The allegations in Paragraph 158 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

159. The allegations in Paragraph 159 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

160. The allegations in Paragraph 160 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

161. The allegations in Paragraph 161 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

162. The allegations in Paragraph 162 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

163. The allegations in Paragraph 163 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

164. The allegations in Paragraph 164 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

165. The allegations in Paragraph 165 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

166. The allegations in Paragraph 166 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

## COUNT IX – DISCOVER FINANCIAL SERVICES

167. Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

168. The allegations in Paragraph 168 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

169. The allegations in Paragraph 169 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

170. The allegations in Paragraph 170 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

171. The allegations in Paragraph 171 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

172. The allegations in Paragraph 172 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

173. The allegations in Paragraph 173 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

174. The allegations in Paragraph 174 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

175. The allegations in Paragraph 175 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

176. The allegations in Paragraph 176 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

## COUNT X – JPMORGAN CHASE BANK, N.A.

### Violation of 15 U.S.C. § 1681s2(b)

177. Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

178. The allegations in Paragraph 178 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

179. The allegations in Paragraph 179 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

180. The allegations in Paragraph 180 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

181. The allegations in Paragraph 181 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

182. The allegations in Paragraph 182 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

183. The allegations in Paragraph 183 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

184. The allegations in Paragraph 184 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

185. The allegations in Paragraph 185 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

186. The allegations in Paragraph 186 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

### COUNT XI – MIDLAND CREDIT MANAGEMENT, INC.

187. Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

188. The allegations in Paragraph 188 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

189. The allegations in Paragraph 189 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

190. The allegations in Paragraph 190 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

191. The allegations in Paragraph 191 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

192. The allegations in Paragraph 192 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

193. The allegations in Paragraph 193 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

194. The allegations in Paragraph 194 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

195. The allegations in Paragraph 195 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

196. The allegations in Paragraph 196 of the Complaint pertain to an entity other than Wells Fargo. Wells Fargo is thus without knowledge or information sufficient to form a belief as to the truth of the allegations, and therefore denies the same.

## COUNT XI – WELLS FARGO BANK, N.A.

### Violation of 15 U.S.C. § 1681s-2(b)

197. Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

198. The allegations in Paragraph 198 of the Complaint refer to documents which speak for themselves, to which no response is required. To the extent the allegations vary from the documents to which they refer, they are denied.

199. The allegations in Paragraph 199 of the Complaint refer to documents which speak for themselves, to which no response is required. To the extent the allegations vary from the documents to which they refer, they are denied.

200. The allegations in Paragraph 200 of the Complaint refer to documents which speak for themselves, to which no response is required. To the extent the allegations vary from the documents to which they refer, they are denied.

201. The allegations in Paragraph 201 of the Complaint refer to documents which speak for themselves, to which no response is required. To the extent the allegations vary from the documents to which they refer, they are denied.

202. The allegations in Paragraph 202 contain statements or conclusions of law to which no response is required. Wells Fargo denies the allegations to the extent they are contrary to the law.

203. Wells Fargo denies the allegations in Paragraph 203 of the Complaint.

204. Wells Fargo denies the allegations in Paragraph 204 of the Complaint.

205. Wells Fargo denies the allegations in Paragraph 205 of the Complaint.

206. Wells Fargo denies the allegations in Paragraph 206 of the Complaint.

## DAMAGES COUNTS (FCRA REMEDIES)

## COUNT XIII – WILLFUL NONCOMPLIANCE

## 15 U.S.C. §1681n

207. Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

208. Wells Fargo denies the allegations in Paragraph 208 of the Complaint.

209. Wells Fargo denies the allegations in Paragraph 209 of the Complaint.

210. Wells Fargo denies the allegations in Paragraph 210 of the Complaint.

211. Wells Fargo denies the allegations in Paragraph 211 of the Complaint.

212. Wells Fargo denies the allegations in Paragraph 212 of the Complaint.

## COUNT XIV – NEGLIGENT NONCOMPLIANCE

## 15 U.S.C. § 1681o

213. Wells Fargo realleges and incorporates its responses to the foregoing paragraphs as if set forth herein.

214. Wells Fargo denies the allegations in Paragraph 214 of the Complaint.

31

215. Wells Fargo denies the allegations in Paragraph 215 of the Complaint.

216. Wells Fargo denies the allegations in Paragraph 216 of the Complaint.

## PRAYER FOR RELIEF

Wells Fargo denies that Plaintiff is entitled to any of the relief set forth in the "WHEREFORE" Paragraph immediately following Paragraph 216 of the Complaint, including the relief sough in Paragraphs 217 through 221..

## JURY DEMAND

Wells Fargo admits that Plaintiff demands a trial by Jury.  However, Wells Fargo denies that a jury could properly award Plaintiff damages.

## WELLS FARGO'S AFFIRMATIVE DEFENSES

Wells Fargo sets forth the following defenses to the Complaint.  By asserting the defenses below, Wells Fargo does not allege or admit it has the burden of proof and/or the burden of persuasion with respect to any of these defenses.  Nor does Wells Fargo admit that Plaintiff is relieved of her burden to prove each and every element of his claims and the damages, if any, to which she is entitled.

1. The Complaint fails to state a plausible claim for which relief can be granted and should be dismissed.

2. Wells Fargo denies that Plaintiff sustained any damages and denies that it proximately caused any of the damages claimed by Plaintiff.

3. Plaintiff claims against Wells Fargo are barred, in whole or in part, to the extent that Wells Fargo's alleged conduct did not cause the alleged harm to Plaintiff.

4. Plaintiff cannot recover from Wells Fargo to the extent any damages that

32

Plaintiff may have or will suffer as alleged in the Complaint, which Wells Fargo continues to deny, have been and/or will be proximately caused, in whole or in part, by the negligent, willful, or tortious acts and/or omission of persons or entities over whom Wells Fargo had not control, and for whose conduct Wells Fargo is not responsible, which bars or diminishes any recovery by Plaintiff as against Wells Fargo.

5.    At all relevant times, Wells Fargo acted with due care and complied with the provisions of the Fair Credit Reporting Act and all other applicable laws, regulations, and standards, and otherwise acted reasonably with respect to the Wells Fargo credit card account at issue.

6.    Wells Fargo has not violated any duty or obligation owed to Plaintiff under common law, statute, any applicable contract, or other authority.

7.    To the extent Plaintiff asserts that Wells Fargo willfully violated the Fair Credit Reporting Act, which Wells Fargo denies, any purported violation was not willful because Wells Fargo's interpretation of the FCRA is not objectively unreasonable.  *See, e.g., Safeco Ins. Co. of Am. v. Burr*, 551 U.S. 47, 70 (2007).

8.    Plaintiff's claims may be barred, in whole or in part, to the extent Plaintiff has failed to mitigate her damages.

9.    Plaintiff's claims are barred, in whole or in part, by the doctrine of laches and/or the applicable statute of limitations.

10.    Plaintiff's claims are barred, in whole or in part, by the doctrines of unclean hands, estoppel, laches, acquiescence, and other doctrines of equitable relief.

11.    At all times relevant, Wells Fargo acted reasonably and in good faith and

without any malice or intent to injure Plaintiff or to violate applicable federal and/or state law.

12.     Plaintiff's claims against Wells Fargo are subject to setoff of any sums due and owing to Wells Fargo.

13.     Plaintiff's claims are barred by the binding arbitration provision of the contracts governing Plaintiff's claims.

14.     Wells Fargo reserves the right to assert additional defenses at such time and to such extent as is warranted by ongoing discovery of information in this action.

WHEREFORE, Wells Fargo respectfully request that the Court dismiss all of the Plaintiff's claims against Wells Fargo, with prejudice, enter judgment in favor of Wells Fargo and against Plaintiff, and award Wells Fargo such other and further relief as the Court may deem just and appropriate.

Dated: May 8, 2026                          Respectfully submitted,

                                            **MESSERLI & KRAMER, P.A.**

                                            By: */s/ Andrew N. Page*
                                            Joshua A. Hasko (#0303471)
                                            Andrew N. Page (#0401042)
                                            50 South 6th Street, Suite 2300
                                            Minneapolis, MN 55402
                                            Tel.: 612-672-3600
                                            jhasko@messerlikramer.com
                                            anpage@messerlikramer.com

                                            *Counsel for Wells Fargo Bank, N.A.*

34

3400417