## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Shawnee Huie, | Case No.: 0:26-cv-01603-JWB/DLM |
| Plaintiff, | |
| vs. | **RULE 7.1 WORD COUNT CERTIFICATE** |
| TransUnion LLC; Experian Information Solutions, Inc.; Equifax Information Services, LLC; JPMorgan Chase Bank, N.A.; Midland Credit Management Inc.; Wells Fargo Bank, N.A.; U.S. Bank, N.A.; Discover Financial Services; Capital One Inc., | |
| Defendants. | |

I, Kristina H. Kaluza, certify that the

☑ Memorandum titled: **DEFENDANT JPMORGAN CHASE BANK, N.A.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS** complies with Local Rule 7.1(f).

Or

☐ Objection or Response to the Magistrate Judge's Ruling complies with Local Rule 72.2(d).

☑ I further certify that, in preparation of the above document, I:

Used the following word processing program and version: Microsoft Word 2016 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

Or

☐ Counted the words in the document.

I further certify that **DEFENDANT JPMORGAN CHASE BANK, N.A.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS**  contains 2,236 words.

**DYKEMA GOSSETT PLLC**

Dated:  May 27, 2026

/s/ *Kristina H. Kaluza*

Kristina H. Kaluza (#390899)
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3903
Phone: 612.486.1520
Fax: 855.227-5097
kkaluza@dykema.com

ATTORNEYS FOR DEFENDANT
JPMORGAN CHASE BANK, N.A.

2