**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| SHAWNEE HUIE,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS INC.; EQUIFAX INFORMATION SERVICES LLC; JPMORGAN CHASE BANK, N.A.; MIDLAND CREDIT MANAGEMENT INC.; WELLS FARGO BANK, N.A.; DISCOVER FINANCIAL SERVICES; CAPITAL ONE INC.<br><br>        Defendants. | Case No. 26-cv-1603 (JWB)(DLM) |

**DEFENDANT WELLS FARGO, N.A.'S**
**MOTION FOR JUDGMENT ON THE PLEADINGS**
**PURSUANT TO FED. R. CIV. P. 12(C)**

Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through counsel, hereby moves this Court for judgment in its favor on the pleadings pursuant to Fed. R. Civ. P. 12(c) and for an order granting dismissal of Wells Fargo.

This motion is based on Fed. R. Civ. P. 12(c), the memoranda of law, oral argument and all records and proceedings in this matter, all of which are incorporated herein by reference.

1

Dated: July 14, 2026

*/s/ Bridgette M. Nunez*
Bridgette M. Nunez (0505129)
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022
(212) 808-2715
bridgette.nunez@troutman.com
***Counsel for Wells Fargo Bank, N.A***.