**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SHAWNEE HUIE,

          Plaintiff,

      v.

TRANS UNION LLC; EXPERIAN
INFORMATION SOLUTIONS INC.;
EQUIFAX INFORMATION SERVICES
LLC; JPMORGAN CHASE BANK, N.A.;
MIDLAND CREDIT MANAGEMENT
INC.; WELLS FARGO BANK, N.A.;
DISCOVER FINANCIAL SERVICES;
CAPITAL ONE INC.

          Defendants.

Case No. 26-cv-1603 (JWB)(DLM)

**NOTICE OF HEARING ON DEFENDANT WELLS FARGO, N.A.'S**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

**PLEASE TAKE NOTICE** that, on August 25, 2026, at 2:00 p.m., Defendant Wells Fargo Bank, N.A. will bring a Motion for Judgment on the Pleadings and request an order of dismissal before the Honorable Jerry W. Blackwell, Judge of the United States District for the District of Minnesota, United States District Court, Courtroom 7A, 316 N. Robert Street, St. Paul, MN 55101, pursuant to Federal Rule of Civil Procedure 12(c).

Dated: July 14, 2026

*/s/ Bridgette M. Nunez*
Bridgette M. Nunez (0505129)
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022
(212) 808-2715
bridgette.nunez@troutman.com
***Counsel for Wells Fargo Bank, N.A.***

1