**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| SHAWNEE HUIE, | |
| Plaintiff, | |
| v. | |
| TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS INC.; EQUIFAX INFORMATION SERVICES LLC; JPMORGAN CHASE BANK, N.A.; MIDLAND CREDIT MANAGEMENT INC.; WELLS FARGO BANK, N.A.; DISCOVER FINANCIAL SERVICES; CAPITAL ONE INC. | Case No. 26-cv-1603 (JWB)(DLM) |
| Defendants. | |

**RULE 7.1 WORD COUNT CERTIFICATE**

I, Bridgette M. Nunez, certify that the

X    Memorandum titled: **DEFENDANT WELLS FARGO BANK, N.A.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS** complies with Local Rule 7.1(f).

Or

☐    Objection or Response to the Magistrate Judge's Ruling complies with Local Rule 72.2(d).

X    I further certify that, in preparation of the above document, I:

Used the following word processing program and version: **Microsoft® Word for Microsoft 365 MSO (Version 2605 Build 16.0.20026.20166) 64-bit** and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

Or

1

☐      Counted the words in the document.

I further certify that **DEFENDANT WELLS FARGO BANK, N.A.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS** contains 2,748 words.

July 14, 2026

          _/s/ Bridgette M. Nunez_
Bridgette M. Nunez (0505129)
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022
(212) 808-2715
bridgette.nunez@troutman.com
***Counsel for Wells Fargo Bank, N.A***.