**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| SHAWNEE HUIE,<br><br>      Plaintiff,<br><br>   v.<br><br>TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS INC.; EQUIFAX INFORMATION SERVICES LLC; JPMORGAN CHASE BANK, N.A.; MIDLAND CREDIT MANAGEMENT INC.; WELLS FARGO BANK, N.A.; DISCOVER FINANCIAL SERVICES; CAPITAL ONE INC.<br><br>      Defendants. | Case No. 26-cv-1603 (JWB)(DLM) |

**DEFENDANT WELLS FARGO, N.A.'S**
**MEET AND CONFER STATEMENT**

I, Bridgette M. Nunez, counsel for Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), hereby certify that, on June 30, 2026, I met and conferred with *pro se* Plaintiff Shawnee Huie via telephone call to address Wells Fargo's Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(c). We were unable to resolve or agree upon any part of Wells Fargo's Motion to Dismiss.

Dated: July 14, 2026

Respectfully Submitted,

*/s/ Bridgette M. Nunez*
Bridgette M. Nunez (0505129)
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022
(212) 808-2715
bridgette.nunez@troutman.com
***Counsel for Wells Fargo Bank, N.A.***