**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| SHAWNEE HUIE,<br><br>       Plaintiff,<br><br>     v.<br><br>TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS INC.; EQUIFAX INFORMATION SERVICES LLC; JPMORGAN CHASE BANK, N.A.; MIDLAND CREDIT MANAGEMENT INC.; WELLS FARGO BANK, N.A.; DISCOVER FINANCIAL SERVICES; CAPITAL ONE INC.<br><br>       Defendants. | Case No. 26-cv-1603 (JWB)(DLM) |

**[PROPOSED] ORDER GRANTING**
**DEFENDANT WELLS FARGO, N.A.'S**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

This matter came on for a hearing before the Honorable Jerry W. Blackwell on August 25, 2026, at 2:00 p.m., on Defendant Wells Fargo Bank, N.A.'s Motion for Judgment on the Pleadings. Appearances were noted on the record.

Based upon all of the files, records and proceedings herein, together with the arguments of the parties and the written submissions by the parties, the Court rules as follows:

1.     Defendant Wells Fargo Bank, N.A.'s Motion for Judgment on the Pleadings is **GRANTED**.

2.     Wells Fargo Bank, N.A. is hereby dismissed with prejudice.

Dated: _____          _____
                                                                   Judge Jerry W. Blackwell
                                                                   Judge of District Court