AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **0:26-cv-01603-JWB-DLM**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Discover Financial Services**
was received by me on  **7/17/2026:**

☐    I personally served the **COMPLAINT; CIVIL COVER SHEET; SUMMONS** on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **The Corporation Trust Company, Registered Agent**, who is designated by law to accept service of process on behalf of **Discover Financial Services** at **1209 Orange Street, Wilmington, DE 19801** on **07/17/2026 at 8:38 AM**; or

☐     I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 88.00** for services, for a total of **$ 88.00**.

I declare under penalty of perjury that this information is true.

Date:  07/17/2026

_____
*Server's signature*

**Marilyn Stacey Ben**
*Printed name and title*

**2809 N. Monroe St**
**Wilmington, DE 19802**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT; CIVIL COVER SHEET; SUMMONS,  to The Corporation Trust Company, Registered Agent. The individual appeared to be a bald white male contact 45-55 years of age, 6'0"-6'2" tall and weighing 140-160 lbs.  I confirmed that Elias Greene is authorized to accept service.**




Tracking #: **0232807032**