**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

SHAWNEE HUIE,

Plaintiff,

v.

TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, JPMORGAN CHASE BANK, N.A. MIDLAND CREDIT MANAGEMENT INC., WELLS FARGO BANK N.A., U.S. BANK N.A., DISCOVER FINANCIAL SERVICES, and CAPITAL ONE INC.,

Defendants.

Case No. 0:26-cv-01603-JWB-DLM

Honorable Judge Jerry W. Blackwell

Magistrate Judge Douglas L. Micko

---

**DEFENDANT CAPITAL ONE, N.A.'S**
**MOTION TO DISMISS**

---

Defendant Capital One, N.A., incorrectly named as Capital One Inc. ("Capital One"), by counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully requests that the Court dismiss Plaintiff's Complaint. In support of this Motion, Capital One expressly adopts and incorporates its accompanying Memorandum of Law in Support.

Respectfully submitted,

CAPITAL ONE, N.A.

By: _/s/ Jeffrey D. Pilgrim_
One of its attorneys

Jeffrey D. Pilgrim (No. 0403321)
Pilgrim Christakis LLP
One South Dearborn Street
Suite 1420
Chicago, IL 60603
312-939-0923
Fax: 312-939-0983
Email: jpilgrim@pilgrimchristakis.com